■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL McCAIN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Posner, J.), rendered April 4, 1986, convicting him of robbery in the first degree (two counts), and robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has failed to properly preserve for appellate review his claims of prosecutorial misconduct by failing to raise an objection or request further curative instructions during trial *(see, People v Medina,* 53 NY2d 951; *People v Jalah,* 107 AD2d 762). In any event, we find that the prosecutor's comments made during summation did not deny the defendant a fair trial in light of the overwhelming evidence of his guilt *(see, People v Wood,* 66 NY2d 374).

The sentencing court did not abuse its discretion in imposing a mandatory surcharge upon the defendant in accordance with Penal Law § 60.35. If at the conclusion of his imprisonment the defendant finds himself unable to pay the surcharge, he may move at that time for a waiver thereof *(see, People v Brown,* 133 AD2d 463; *People v West,* 124 Misc 2d 622). Finally, we reject the defendant's contention that the sentence imposed was excessive *(see, People v Suitte,* 90 AD2d 80). Mangano, J. P., Weinstein, Kooper and Harwood, JJ., concur.